UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Ho,<br><br>    Plaintiff,<br><br>  v.<br><br>Ali M. Fadel; and Does 1-10,<br><br>    Defendants. | Case: 3:13-CV-04801-CRB<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

### **STIPULATION**

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs. The court shall retain jurisdiction to enforce the terms of the settlement.

Dated: Lcp039."4236

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Charles R. Breyer*

1

Stipulation for Dismissal        Case: 3:13-CV-04801-CRB